1   **CHLOE S. DILLON**
California State Bar No. 273748
2   **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3   San Diego, California 92101-5030
Telephone: (619) 234-8467
4   Facsimile: (619) 687-2666
Chloe_Dillon@fd.org
5
Attorneys for Mr. Morales-Roblero
6

7

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          CASE NO.:   19MJ24442-AHG

12                    Plaintiff,         Hon. Allison H. Goddard
                                         Date: March 12, 2020
                      v.                 Time: 9:00 a.m.
13
     FILADELFO MORALES-
14   ROBLERO,                            Notice of motions and motions to:

15                    Defendant.             1)  Motion to Dismiss;
                                             2)  Suppress Statements; and
16                                           3)  Grant leave to file further motions

17

18

19   TO:   **ROBERT S. BREWER, JR. UNITED STATES ATTORNEY; and
           ANDREW SHERWOOD; ASSISTANT U.S. ATTORNEY:**
20

21        **PLEASE TAKE NOTICE** that on March 12, 2020 at 9:00 a.m., or as soon

22   thereafter as counsel may be heard, Defendant, Mr. Morales through his attorneys,

23   Chloe S.  Dillon and Federal Defenders of San Diego, Inc., will ask this Court to

24   enter an order granting the following motions.

25

26

27

28

                                         1

1

**Motions**

2    Defendant, Filadelfo Morales-Robleroby and through his attorneys, Chloe S.

3  Dillon and Federal Defenders of San Diego, Inc., asks this Court pursuant to the

4  United States Constitution, the Federal Rules of Criminal Procedure, and all other

5  applicable statutes, case law, and local rules for and order to:

6        1)    Motion to Dismiss;

7        2)    Suppress Statements; and

8        3)    Grant leave to file further motions

9

10    These motions are based upon the instant motions and notice of motions,

11  the attached statement of facts and memorandum of points and authorities, and

12  any and all other materials that may come to this Court's attention prior to or

13  during the hearing of these motions.

14                              Respectfully submitted,

15

16   Dated:  February 27, 2020        *s/ Chloe S. Dillon*
17                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Defendant
18                                    Email:  Chloe_Dillon@fd.org

19

20

21

22

23

24

25

26

27

28